DISTRICT OF OREGON
F I L E D
May 11, 2022
Clerk, U.S. Bankruptcy Court

Below is an order of the court.

_____
THOMAS M. RENN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

| In re: | Case No. 22-60031-tmr7 |
|---|---|
| David Paul Williams, | |
| Debtor. | Adv. Proc. No. 22-06009-tmr |
| **David Schaezler**, an individual, | |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFFS' COMPLAINT** |
| v. | |
| **David Paul Williams**, an individual, | |
| Defendant. | |

    This matter came before the court on May 10, 2022, on Defendant's Unopposed Motion to Extend Deadline to Respond to Plaintiffs' Complaint (Doc. 6) (the "Motion"). The court, having reviewed the Motion and files herein, and being otherwise fully advised,

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFFS' COMPLAINT

Page 1 of 2



PO Box 70422
Springfield, OR 97475
Phone: 541-868-8005
Fax: 541-868-8004
www.scott-law-group.com

Case 22-06009-tmr    Doc 7    Filed 05/11/22

NOW, THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

1. The Motion is granted.

2. The new deadline for either Plaintiff to file an amended complaint or for Defendant to file a responsive pleading is **May 20, 2022**.

3. If Plaintiff files an amended complaint, Defendant's deadline to file a responsive pleading shall be **June 10, 2022**.

# # #

The undersigned certifies compliance with LBR 9021-1(a)(2)(A).

Presented by:

THE SCOTT LAW GROUP

By: /s/ Natalie C. Scott
    Natalie C. Scott, OSB #024510
    nscott@scott-law-group.com
    PO Box 70422
    Springfield, OR 97475
    Telephone: (541) 868-8005
    Facsimile: (541) 868-8004
    Of Attorneys for Defendant

**C: Manual Notice List**

    None

**Electronic Notice List:**

    NATALIE C. SCOTT    ecf@scott-law-group.com
    NICHOLAS J. HENDERSON    nhenderson@portlaw.com

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFFS' COMPLAINT**    Page 2 of 2



PO Box 70422
Springfield, OR 97475
Phone: 541-868-8005
Fax: 541-868-8004
www.scott-law-group.com

Case 22-06009-tmr    Doc 7    Filed 05/11/22