Below is an order of the court.

_____
THOMAS M. RENN
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

In re

DAVID PAUL WILLIAMS,

Debtor.

Chapter 7

Bankr. Case No. 22-60031-tmr7

DAVID SCHAEZLER, an individual,

Plaintiff,

v.

DAVID PAUL WILLIAMS, an individual,

Defendant.

Adversary No. 22-06009-tmr

STIPULATED SCHEDULING ORDER

Plaintiff David Schaezler ("*Plaintiff*") and Defendant David Williams ("*Defendant*") (collectively, the "*Parties*"), through their respective counsel of record herein, submit the following proposed schedule pursuant to the Court's order. [ECF No. 16] (the "*Initial Scheduling Order*" or "*ISO*").

Page 1 of 1    STIPULATED SCHEDULING ORDER
{00537213:1}

MOTSCHENBACHER & BLATTNER LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
P: 503-417-0500  F: 503-417-0501
www.portlaw.com

Case 22-06009-tmr    Doc 21    Filed 07/22/22

## I. CASE MANAGEMENT PLAN

### a. MODIFIED PRETRIAL DEADLINES

The deadlines contained in the Initial Scheduling Order are modified to the following:

| PRETRIAL DEADLINE | ORIGINAL DEADLINE | NEW DEADLINE |
|---|---|---|
| Completion of Discovery: (ISO ¶ 3.a.) | September 9, 2022 | October 9, 2022 |
| Joinder of Parties and Amendment of Pleadings: (ISO ¶ 3.b.) | September 23, 2022 | October 23, 2022 |
| Preliminary Motions: (ISO ¶ 3.c.) | September 23, 2022 | October 23, 2022 |
| Exchange of Documents and Witness List (ISO ¶ 3.d.) | September 23, 2022 | November 30, 2022 |
| File Marked Exhibits (ISO ¶ 3.e.) | September 23, 2022 | November 30, 2022 |
| Deposition Designations Filed (ISO ¶ 3.f.) | September 23, 2022 | November 30, 2022 |
| Pre-Trial Order Deadline | n/a | November 30, 2022 |
| Trial | By October 29, 2022 | To be set by Court after December 14, 2022 |

Except for the dates in the table set forth above, all other provisions of the Initial Scheduling Order remain in effect, including marking and formatting of documents,

### b. ESTIMATED LENGTH OF TRIAL

The trial of this matter is estimated to take one and a half days.

###

Page 2 of 2    STIPULATED SCHEDULING ORDER
{00537213:1}

MOTSCHENBACHER & BLATTNER LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
P: 503-417-0500  F: 503-417-0501
www.portlaw.com

Case 22-06009-tmr    Doc 21    Filed 07/22/22

IT IS SO STIPULATED,

| Motschenbacher & Blattner, LLP | Scott Law Group LLP |
|---|---|
| */s/ Nicholas J. Henderson* | */s/ Natalie C. Scott (with permission)* |
| Nicholas J. Henderson, OSB No. 074027 | Natalie C. Scott, OSB #024510 |
| Email: nhenderson@portlaw.com | Email: nscott@scott-law-group.com |
| (503) 417-0508 Direct | Tel: (541) 868-8005 |
| Attorneys for Plaintiff | Attorneys for Defendant |

**PARTIES TO SERVE**

**ECF Electronic Service:**

- NICHOLAS J HENDERSON    nhenderson@portlaw.com, tcoble@portlaw.com; tsexton@portlaw.com; courtnotices@portlaw.com; hendersonnr86571@notify.bestcase.com
- NATALIE C SCOTT    ecf@scott-law-group.com

**Service via First-Class Mail:**

    NONE

Page 3 of 2    STIPULATED SCHEDULING ORDER
{00537213:1}

MOTSCHENBACHER & BLATTNER LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
P: 503-417-0500  F: 503-417-0501
www.portlaw.com

Case 22-06009-tmr    Doc 21    Filed 07/22/22