Below is an order of the court.

_____
THOMAS M. RENN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re: | Case No. 22-60031-tmr7 |
| David Paul Williams, | |
| Debtor. | |
| | Adv. Proc. No. 22-06009-tmr |
| **David Schaezler**, an individual, | |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND SCHEDULING ORDER DEADLINES** |
| v. | |
| **David Paul Williams**, an individual, | |
| Defendant. | |

This matter came before the court on September 22, 2022 on Defendant's Unopposed Motion to Extend Scheduling Order Deadlines (Doc. No. 24) (the "Motion"). The court, having reviewed the Motion and files herein, and being otherwise fully advised,

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND SCHEDULING ORDER DEADLINES

Page 1 of 2



PO Box 70422
Springfield, OR 97475
Phone: 541-868-8005
Fax: 541-868-8004
www.scott-law-group.com

Case 22-06009-tmr    Doc 25    Filed 09/23/22

NOW, THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

1. The Motion is granted.

2. The deadlines contained in the Initial Scheduling Order ("ISO") (Doc. No. 16) and the Stipulated Scheduling Order (Doc. No. 21) are hereby modified as follows:

| PRETRIAL DEADLINE | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Completion of Discovery: (ISO ¶ 3.a.) | October 9, 2022 | December 9, 2022 |
| Joinder of Parties and Amendment of Pleadings: (ISO ¶ 3.b.) | October 23, 2022 | January 9, 2023 |
| Preliminary Motions, including Motions for Summary Judgment: (ISO ¶ 3.c.) | October 23, 2022 | January 9, 2023 |
| Exchange of Documents and Witness List (ISO ¶ 3.d.) | November 30, 2022 | 14 days before trial |
| File Marked Exhibits (ISO ¶ 3.e.) | November 30, 2022 | 14 days before trial |
| Deposition Designations Filed (ISO ¶ 3.f.) | November 30, 2022 | 14 days before trial |
| Pre-Trial Order Deadline | n/a | 14 days before trial |
| Trial | By December 14, 2022 | To be set by Court after March 10, 2023 |

3. Except for the dates set forth above, all other provisions of the Initial Scheduling Order remain in full force and effect.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND SCHEDULING ORDER DEADLINES

Page 2 of 2

PO Box 70422
Springfield, OR 97475
Phone: 541-868-8005
Fax: 541-868-8004
www.scott-law-group.com

Case 22-06009-tmr    Doc 25    Filed 09/23/22

# # #

The undersigned certifies compliance with LBR 9021-1(a)(2)(A).

Presented by:

THE SCOTT LAW GROUP

By: /s/ Natalie C. Scott
Natalie C. Scott, OSB #024510
nscott@scott-law-group.com
PO Box 70422
Springfield, OR 97475
Telephone: (541) 868-8005
Facsimile: (541) 868-8004
Of Attorneys for Defendant

**C: Manual Notice List**

None

**Electronic Notice List:**

NATALIE C. SCOTT          ecf@scott-law-group.com
NICHOLAS J. HENDERSON     nhenderson@portlaw.com

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND SCHEDULING ORDER DEADLINES**   Page 3 of 2

PO Box 70422
Springfield, OR 97475
Phone: 541-868-8005
Fax: 541-868-8004
www.scott-law-group.com

Case 22-06009-tmr    Doc 25    Filed 09/23/22