Below is an order of the court.

_____
THOMAS M. RENN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re: | Case No. 22-60031-tmr7 |
| David Paul Williams, | |
| Debtor. | Adv. Proc. No. 22-06009-tmr |
| **David Schaezler**, an individual, | **ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND SCHEDULING ORDER DEADLINES** |
| Plaintiff, | |
| v. | |
| **David Paul Williams**, an individual, | |
| Defendant. | |

This matter came before the court on December 5, 2022 on Defendant's Unopposed Motion to Extend Scheduling Order Deadlines (Doc. No. 29) (the "Motion"). The court, having reviewed the Motion and files herein, and being otherwise fully advised,

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND SCHEDULING ORDER DEADLINES**

Page 1 of 2

PO Box 70422
Springfield, OR 97475
Phone: 541-868-8005
Fax: 541-868-8004
www.scott-law-group.com

SCOTT
LAW GROUP LLP

NOW, THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

1.      The Motion is granted.

2.      The deadlines contained in the Initial Scheduling Order ("ISO") (Doc. No. 16)

and the Stipulated Scheduling Order (Doc. No. 21) are hereby modified as follows:

| PRETRIAL DEADLINE | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Completion of Discovery: (ISO ¶ 3.a.) | December 9, 2022 | March 10, 2023 |
| Joinder of Parties and Amendment of Pleadings: (ISO ¶ 3.b.) | January 9, 2023 | April 17, 2023 |
| Preliminary Motions, including Motions for Summary Judgment: (ISO ¶ 3.c.) | January 9, 2023 | April 17, 2023 |
| Exchange of Documents and Witness List (ISO ¶ 3.d.) | 14 days before trial | 14 days before trial |
| File Marked Exhibits (ISO ¶ 3.e.) | 14 days before trial | 14 days before trial |
| Deposition Designations Filed (ISO ¶ 3.f.) | 14 days before trial | 14 days before trial |
| Pre-Trial Order Deadline | 14 days before trial | 14 days before trial |
| Trial | To be set by Court after March 10, 2023 | To be set by Court |

3.      Except for the dates set forth above, all other provisions of the Initial Scheduling

Order remain in full force and effect.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

SCOTT
LAW GROUP LLP

PO Box 70422
Springfield, OR 97475
Phone: 541-868-8005
Fax: 541-868-8004
www.scott-law-group.com

# # #

The undersigned certifies compliance with LBR 9021-1(a)(2)(A).

Presented by:

THE SCOTT LAW GROUP

By:     /s/ Natalie C. Scott
        Natalie C. Scott, OSB #024510
        nscott@scott-law-group.com
        PO Box 70422
        Springfield, OR 97475
        Telephone: (541) 868-8005
        Facsimile: (541) 868-8004
        Of Attorneys for Defendant

**C:  Manual Notice List**

        None


**Electronic Notice List:**

        NATALIE C. SCOTT                 ecf@scott-law-group.com
        NICHOLAS J. HENDERSON            nhenderson@portlaw.com



PO Box 70422
Springfield, OR 97475
Phone: 541-868-8005
Fax: 541-868-8004
www.scott-law-group.com